IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM TODD BURNS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. H-04-364 |
| | § | |
| JO ANNE B. BARNHART, Commissioner | § | |
| of the Social Security Administration, | § | |
| | § | |
| *Defendant*. | § | |

## MEMORANDUM AND ORDER

On May 9, 2005, Magistrate Judge Calvin Botley issued a Memorandum and Recommendation [Doc. # 21], suggesting that Plaintiff William Todd Burns' ("Burns") Motion for Summary Judgment [Doc. # 18] be denied, that Defendant Jo Anne B. Barnhart's, Commissioner of the Social Security Administration ("Commissioner"), Motion for Summary Judgment [Doc. # 20] be granted, and that the administrative law judge's decision denying Burns disability benefits be affirmed.

This Court has reviewed the Memorandum and Recommendation [Doc. # 21], noting that no objections have been filed, and the pleadings filed by the parties. It is, therefore,

**ORDERED** that the Memorandum and Recommendation is **ADOPTED** as this Court's Memorandum and Order. It is further

**ORDERED** that Burns' Motion for Summary Judgment [Doc. # 18] is **DENIED**. It is further

**ORDERED** that the Commissioner's Motion for Summary Judgment [Doc. # 20] is **GRANTED**. It is further

**ORDERED** that the administrative law judge's decision denying Burns disability benefits is **AFFIRMED**. It is finally

**ORDERED** that this matter be **DISMISSED** from the dockets of this Court.

**SIGNED** at Houston, Texas, on the **27th** day of **May, 2005.**

_____
Nancy F. Atlas
United States District Judge